US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 7 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

RICK MERECHKA,                                                    PLAINTIFF

VS.                                    NO. 18- 2084

VIGILANT INSURANCE COMPANY,
a foreign corporation                                            DEFENDANT

---

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Viligant Insurance Company ("Vigilant") hereby gives notice of the removal of this from the Circuit Court of Crawford County, Arkansas, to the United States District Court for the Western District of Arkansas, Fort Smith Division.  In support of this notice of removal, Vigilant states as follows:

1.      This lawsuit is a civil action with the meaning of the Acts of Congress relating to the removal of cases.

2.      This case was originally filed on December 21, 2017, in the Circuit Court of Crawford County, Arkansas, as civil action number 17CV-17-697 on the docket of that Court.  Plaintiff Rick Merechka ("Plaintiff") asserted claims against Vigilant for breach of contract and bad faith, and seeks recovery of compensatory damages, a statutory penalty, and attorney's fees in an amount in excess of $75,000.00, said amount in controversy being specifically noted in the Complaint.

3.      Plaintiffs served a summons and complaint on Vigilant via the CT Corporation system on April 9, 2018.

4.      This notice of removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and complaint to Vigilant.  A copy of the summons and complaint served on Vigilant are attached to this notice as *Exhibit A*, which constitutes all process, pleadings, and orders served upon Vigilant in this action.

5.      This case is removed pursuant to 28 U.S.C. § 1441(a) and (b).  Jurisdiction in the United States District Court for the Western District of Arkansas is based on the diversity jurisdiction of the Court under 28 U.S.C. § 1332(a).

6.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states (with the citizen of a foreign state as an additional party) and the matter in controversy exceeds $75,000, excluding interest and costs.

7.      The complaint alleges that Plaintiff is a citizen or resident of Crawford County, Arkansas.

8.      At both the time of commencement and the time of removal, Vigilant was a citizen of New York, and/or New Jersey, as it is incorporated in New York and has its principal place of business in New Jersey.  *See* 28 U.S.C. § 1332(c)(1) (providing that "a corporation shall be deemed a citizen of every State and foreign state where it has been incorporated and of the State or foreign state where it has its principal place of business").

9.      Complete diversity of citizenship exists between the plaintiff (who is a citizen or Arkansas) and Vigilant (which is a citizen of New York and/or New Jersey).  *See* 28 U.S.C. § 1332(a)(3)  (providing diversity jurisdiction over cases in which the parties are "citizens of different states and in which citizens or subjects of a foreign state are additional parties").

2

10.     The complaint alleges that the amount in controversy exceeds $75,000.00 (Complaint at ¶¶ 2, 5, 8, and 9).  Thus, the amount in controversy requirement is met in this case. See 28 U.S.C. § 1446(c)(2) (establishing that "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy").

11.     Because there is complete diversity of citizenship and an amount in controversy exceeding $75,000, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), and removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(b).

12.     Pursuant to 28 U.S.C. § 1446(b), this notice of removal has been filed within thirty days of Vigilant being served in this matter.

13.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and order served upon Vigilant are attached to this notice of removal.

14.     In accordance with 28 U.S.C. § 1446(d), Vigilant will file a file-marked copy of this notice of removal with the Circuit Clerk of Crawford County, Arkansas, and will serve notice of the removal in writing on counsel for plaintiff.

15.     The United States District Court for the Western District of Arkansas, Fort Smith Division, embraces the county in which the state court action is now pending.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

16.     Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, Defendant Vigilant Insurance Company hereby removed this action from the Circuit Court of Crawford County, Arkansas, to the United States District Court for the

Western District of Arkansas, Fort Smith Division, and seeks resolution by this Court of all issues raised herein.

Date: May 7, 2018

Respectfully submitted,

John R. Beasley, AR Bar #78211
Robertson, Beasley, Shipley & Robinson, PLLC
315 North 7th Street
Ft. Smith, AR 72902-0848
Telephone: (479)782-8813
Fax: (479)785-0254
Email: jbeasley@rbsr-attorneys.com

*Attorneys for Defendant*
*Vigilant Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been filed with the Clerk of the Courts on May 7, 2018; I further certify that a true and accurate copy of the foregoing has been served upon the following attorney of record by U.S. Mail and Electronic Mail this 7th May, 2018:

Sam Sexton, III, Esq.
McCutchen & Sexton
PO Box 1971
Fort Smith, AR 72902-1971
Telephone: (479)783-0036
Fax: (479) 783-5168
Email: csexton@mccutchenlawfirm.com

John R. Beasley