ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2017-Dec-21 13:51:38
17CV-17-697
C21D01 : 11 Pages

IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS
CIVIL DIVISION

RICK MERECHKA                                                            PLAINTIFF

VS.                              NO. 17CV-17-_____

VIGILANT INSURANCE COMPANY,
a foreign corporation                                               DEFENDANT

## **COMPLAINT**

Comes now the Plaintiff, Rick Merechka, and for his cause of action against the Defendant, Vigilant Insurance Company, states:

1. At all times material hereto, Plaintiff was a citizen and resident of Crawford County, Arkansas. This cause of action concerns an insurance policy that was issued and delivered in Crawford County, Arkansas.

2. The Defendant is a foreign corporation that does business in Arkansas and that is in the business of selling insurance policies covering, among other things, policies covering damage to homes damaged by fire and other casualties. At all times material hereto, Defendant issued to Plaintiff a homeowners insurance policy covering loss caused by fire to the Plaintiff's home located at, what is commonly known as 1032 West Waterfront Road, Alma, Arkansas. Such policy had number 13798764-01 assigned to it and was considered to be a "Masterpiece" policy and had limits of $684,000 for the dwelling and $475,500 on the contents. A full copy of the policy is not available but a renewal summary is attached hereto, marked as Exhibit A, and incorporated herein and made a part hereof by reference.

3. On April 19, 2015, Plaintiff's home was totally destroyed by fire and all contents were destroyed. At the time, there was a mortgage on the home.

4. Plaintiff complied with all conditions precedent in the policy by paying the premium, completing an application, paying the renewal premium, and taking all actions required for the policy to be in full force and effect.

5. The fire caused the home to be a total loss, destroying all contents as well.

6. Plaintiff gave prompt notice of the loss and complied with all conditions in the policy to recover in the event of a fire. Defendant immediately undertook an investigation in an attempt to avoid paying on the loss. It even failed to pay the mortgage holder and, to this date, has not paid the mortgage holder all amounts due even though there is no possible defense under the policy against the mortgage holder.

7. Plaintiff gives notice that he believes that discovery will reveal affirmative acts of misconduct of, or attributable to, the Defendant that rise to the level of bad faith and while not making a claim of bad faith at this time does not want the Defendant to claim surprise upon Plaintiff's filing of an Amended Complaint. Such acts may include inappropriate excavations of the Plaintiff's property and other acts to be determined in discovery in this matter.

8. Defendant has failed to pay the sums due on the policy and has denied liability on the policy, which is a breach of the terms of the Defendant's insurance policy issued to the Plaintiff.

9. As the result of the Defendant's breach of contract, Plaintiff has been damaged in the sum and amount that the proof presented at the trial of this matter warrants, all in a sum in excess of $75,000, excluding interest and costs.

WHEREFORE, the Plaintiff, Rick Merechka, prays judgment against the Defendant, Vigilant Insurance Company, in the sum and amount that the proof of this matter warrants, all in a sum in excess of $75,000; for a 12% penalty; for attorney's fees; for costs; and for such other relief as is just and proper.

_Sam Sexton IV_
Sam Sexton, III (#87-157)
McCutchen & Sexton
PO Box 1971
Fort Smith, AR 72902-1971
Phone 479-783-0036
Facsimile 479-783-5168
Email: csexton@mccutchenlawfirm.com

PLAINTIFF DEMANDS TRIAL BY JURY.

 

**Coverage Summary Renewal**

Name and address of Insured

RICK MERECHKA
PO BOX 523
ALMA, AR 72921

Page 1
Effective date 9/20/14
Policy no. 13798764-01
Issued by Vigilant Insurance Company
a stock insurance company
incorporated in New York
Policy period 9/20/14 to 9/20/15

If you have any questions, please contact
BROWN-HILLER-CLARK & ASSOCIATES
P.O. BOX 3529
FORT SMITH, AR 72913
479.452.4000

This Coverage Summary is part of your policy. PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 1032 W WATERFRONT RD ALMA, AR | $684,000 DELUXE COVERAGE EXTENDED REPLACEMENT COST | $475,500 DELUXE COVERAGE REPLACEMENT COST |

The base deductible for each occurrence is $2,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Family Protection℠ Coverage

Your policy provides you with Family Protection Coverage for carjacking, child abduction, stalking threat and home invasion occurrences. The kinds of losses that are covered, and any limits that apply, are explained in detail in the policy.

© Copyright 1994 by Chubb & Son Inc.   Form no. 00802000 05/85   INSURED COPY 08/20/14

EXHIBIT A

 **Deluxe Contents Coverage** 

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your contents anywhere in the world unless stated otherwise or an exclusion applies.

"Contents" means personal property you or a family member owns or possesses.

## Payment for a Loss

### Amount of coverage

The amount of coverage for contents at each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for contents will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

If a change in the amount of coverage for your house is made, including the application of extended replacement cost, the amount of coverage for contents will be adjusted proportionately. To reduce the possibility of being underinsured, you should periodically review your amount of coverage for contents and request an increase if you feel the amount of coverage is insufficient.

For a covered loss to contents, the amount of coverage depends on where the loss occurs:

**At a house with contents coverage.** If the covered loss takes place at a listed house with contents coverage in this policy, we will pay up to the amount of contents coverage for that house, for each occurrence.

**Away from your residences.** If the covered loss takes place away from any residence you own or live at, for each occurrence we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.

**At your residence not listed in this policy or other policies.** If the covered loss takes place at a residence you own or live at that does not have contents, condominium, cooperative or renters coverage listed in this or any other policy issued by a direct or indirect subsidiary of the Chubb Corporation, we will pay up to 10% of the highest amount of contents coverage in this policy, for each occurrence. However, contents in a newly acquired principal residence is not subject to this limitation for the 60 days immediately after you begin to move your contents there.

We will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.


EXHIBIT A

**Deluxe Contents Coverage**

---

### Payment for a Loss
(continued)

**Deductibles**
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

**Payment basis**
Your Coverage Summary indicates the payment basis for contents.

Replacement cost. If the payment basis is replacement cost, we will pay the full cost to replace the contents without deduction for depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

However, for contents which are obsolete or unusable for the purpose for which they were originally intended because of their age or condition, the payment basis will be actual cash value.

Actual cash value. If the payment basis is actual cash value, we will pay the cost to replace the contents less depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

Pairs, sets, and parts. For a covered loss to a pair or set, or to part of a larger unit, we will pay whichever is least:
- the cost to repair the damaged property to its condition before the loss;
- the cost to replace it; or
- the cost to make up the difference between its market value before and after the loss.

However, if you agree to surrender the undamaged article(s) of the pair, set, or parts to us and we agree to accept, we will pay you the full replacement cost of the entire pair, set, or parts.

**Special limits**
For a covered loss to the following types of contents, we will not pay more than the amounts shown. These special limits do not increase the amount of coverage on your contents or on any item covered elsewhere in this policy.

Money, money orders, checks, drafts, bank notes, bullion, gold, silver or platinum ....... $1,000

Securities, accounts, deeds, evidences of debt, letters of credit, notes other than
bank notes, manuscripts, passports, or tickets ............................................. $5,000
  However, when this property is located in a bank vault or bank safe deposit box, your full contents coverage away from your residences will apply for a covered loss.

Trailers ................................................................................. $3,000

Watercraft, including their furnishings, equipment, and outboard motors .................. $2,000

Jewelry, watches or precious and semi-precious stones, whether set or unset,
that are lost, misplaced, or stolen ...................................................... $5,000

07/12/04        Arkansas Deluxe Contents Coverage        Page C-2
© Copyright 1995 by Chubb & Son Inc. Form no. 1200003 5295


EXHIBIT A

**Deluxe Contents Coverage**


CHUBB

### Payment for a Loss
(continued)

Furs that are lost, misplaced, or stolen .................................................. $5,000

Plated ware, silverware, goldware, pewterware, tableware, trays, trophies, and
other household and personal articles, other than jewelry, that consist principally
of sterling silver, gold, or pewter that are lost, misplaced, or stolen .................... $10,000

Collectible stamps, coins, and medals .................................................. $5,000
    However, when this property is located in a bank vault or bank safe deposit box, your full
    contents coverage away from your residences will apply for a covered loss.

Guns that are lost, misplaced, or stolen. ............................................... $5,000

Grave markers ........................................................................ $5,000

### Deluxe Contents Coverage

In Deluxe Contents Coverage, a "covered loss" includes all risk of physical loss to your contents or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in Exclusions.

### Extra Coverages

In addition to covering the physical loss to your contents, we also provide other related coverages. These payments are in addition to the amount of coverage for your contents unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in Exclusions.

**Business property**
We will pay up to $25,000 for a covered loss to business property you own or possess. However, if a covered loss to electronic data processing property used to conduct your business takes place away from any residence you own or live at, we will not pay more than $2,500 for each occurrence. The same payment basis applies to business property as to contents, except that we will pay the cost of replacing or recreating business data contained in books, records and software if it is actually replaced or recreated.

"Business property" means:
- furniture, supplies, equipment, inventory;
- books, records; and
- electronic data processing property;
used to conduct your business.

07/12/04  
© Copyright 1983 by Chubb & Son Inc. Form no. 1200003 5/85  
Arkansas Deluxe Contents Coverage  
42U04 132224  
Page C-3  
EXHIBIT A  7

**Deluxe Contents Coverage**

## Extra Coverages
(continued)

"Electronic data processing property" means:
- electronic data processing equipment, and accessories;
- software; and
- data stored on software.

### Electronic data restoration
We cover your personal data stored on computer software which you own or possess, anywhere in the world. We will pay up to $5,000 for replacing or recreating that personal data as a result of a covered loss or computer virus if it is actually replaced or recreated at your expense.

"Computer virus" means an illegal or malicious entry into electronic data processing property which results in functions that distort, corrupt or manipulate the electronic data processing property.

"Electronic data processing property" means:
- electronic data processing equipment, and accessories;
- software; and
- data stored on software.

### Food spoilage
We cover food while contained in a refrigerator or freezer which spoils due to changes or extremes of temperature caused by:
- off premises power interruption;
- interruption of premises power supply; or
- mechanical or electrical breakdown of refrigeration equipment.

This coverage applies only to spoilage which occurs at any residence you own or live at. This payment does not increase the amount of coverage for your contents. Our payment is subject to a $250 deductible, which is waived if there is another loss:
- from the same occurrence;
- covered under any part of this policy; and
- which is subject to a deductible.

### Endangered property
Covered contents removed from your house because the house is endangered by a covered peril are covered against any peril for up to 90 days. These payments do not increase the amount of coverage for your contents.

## Exclusions

These exclusions apply to your Deluxe Contents Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

EXHIBIT A

**Coverage Summary
Renewal**

Page 2
Effective date 9/20/14
Policy no. 13798764-01
Name  RICK MERECHKA

## Liability

Amount of liability coverage: $500,000.

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have excess liability only, we will pay for a covered loss only after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| Home | HOUSE AT 1032 W WATERFRONT RD ALMA, AR | PERSONAL LIABILITY |
|---|---|---|

As the duly authorized representative of the company my signature validates this policy.

*[signature]*

Paul N. Morrissette
Authorized representative

© Copyright 1994 by Chubb & Son Inc.   Form no. 03012000 05/85

EXHIBIT A

**Policy Terms**



## Property Conditions
(continued)

**Examination under oath.** We have the right to examine under oath as often as we may reasonably require you, family members and other members of your household and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

**Insurable interest**
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

**Abandoning property**
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

**Carrier and bailees**
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

**Legal action against us**
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within five years from date of discovery after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, you agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.



**Policy Terms**

---

### *Liability Conditions*
(continued)

**Examination.** A person making a claim under any liability or vehicle coverages in this policy must:
- submit as often as we reasonably require;
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain:
  - medical reports; and
  - other pertinent records.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

---

### *Property Conditions*

These conditions apply to all coverages for damage to property and all coverages for damage to vehicles in this policy.

### Other Insurance
When other property insurance applies to a covered loss, we will pay only the portion of the loss that the amount of coverage under this policy bears to the total amount of insurance covering the loss, except as follows:

Condominiums and Cooperatives: If there is other insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

### Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Protect property.** You must take all reasonable means that are necessary to protect property from further damage.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display property.** You must show us the damaged property when we ask.

**Proof of loss.** At our request you must submit to us your signed sworn proof of loss on a form we have sent to you.

EXHIBIT A