IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK MERECHKA                                                                                            PLAINTIFF

v.                                        Case No. 2:18-CV-2084

VIGILANT INSURANCE COMPANY,
a foreign corporation                                                                                    DEFENDANT

**ORDER**

Currently before the Court is a motion (Doc. 13) by attorney Sam Sexton III and the firm McCutchen & Sexton to withdraw as counsel of record for Plaintiff Rick Merechka. Plaintiff's counsel states that he is withdrawing due to his deteriorated health. Plaintiff's counsel believes it would be in the best interest of the Plaintiff to retain new counsel. Accordingly, the Court will grant the motion to withdraw.

Plaintiff is ORDERED to engage successor counsel and have such counsel enter an appearance on his behalf **on or before Friday, July 13, 2018.**

IT IS THEREFORE ORDERED that attorney Sam Sexton III and the firm McCutchen & Sexton's motion to withdraw (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that Ms. Sexton is directed to provide Plaintiff with a copy of this order.

IT IS SO ORDERED this 14th day of June, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1