UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK MERECHKA                                                              PLAINTIFF

v.                                         No. 2:18-CV-02084

VIGILANT INSURANCE COMPANY                                         DEFENDANT

## JUDGMENT

Pursuant to the order (Doc. 128) entered in this case on September 24, 2019, and the opinion and order entered on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 11th day of October, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE